**Affirmed and Memorandum Opinion filed April 30, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00356-CR

---

## AMANCIO VGENE ANDERSON A/K/A AMANCIO EUGENE ANDERSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 340th District Court
Tom Green County, Texas
Trial Court Cause No. C-18-0205-SA**

---

## M E M O R A N D U M   O P I N I O N

Appellant Amancio Vgene Anderson appeals his conviction for possession of a controlled substance. Tex. Health & Safety Code Ann. § 481.115. Appellant's appointed counsel filed a brief in which she concludes the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d

807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of his right to inspect the appellate record and file a pro se response to the brief. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). Appellant filed two pro se responses.

We have carefully reviewed the record, counsel's brief, and appellant's pro se responses and agree the appeal is frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the trial court's judgment is affirmed.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).